IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANNA LINDSTROM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(1) USAA CASUALTY INSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | Case No. 16-CV-397-FHS |

## STIPULATION OF DISMISSAL (WITHOUT PREJUDICE)

Pursuant to Rule 41(a)(1)(ii) the parties have stipulated that this action by Anna Lindstrom, the plaintiff herein, be dismissed as to Defendant, USAA Casualty Insurance Company.

/s/   Brian R. Berry
_____
Brian R. Berry, OBA #14380
BERRY & OTTERSON
2230 East 49th Street, Suite A
Tulsa, Oklahoma 74105
Telephone: 918-742-3200
Facsimile: 918-742-3772
Brian@berryandotterson.com
Attorney for Plaintiff

/s/ Carol J. Allen
_____
John S. Gladd, OBA #12307
Carol J. Allen, OBA #18255
Andrew G. Wakeman, #21393
Atkinson, Haskins, Nellis, Brittingham, Gladd & Fiasco
525 S. Main Street, Suite 1500
Tulsa, Oklahoma 74103
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
jgladd@ahn-law.com
callen@ahn-law.com
awakeman@ahn-law.com
Attorneys for Defendant